**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
*Attorneys for Defendant, State Farm Bank, F.S.B.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ESTHER CENSOR, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM BANK, F.S.B., <br><br> Defendant. | Civil Action No. 3:20-cv-01169-FLW-LHG <br><br> **STIPULATION AND ORDER OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the above action is hereby discontinued in its entirety <u>with prejudice</u> and without payment of costs or attorneys' fees by any party as against each other.

DATED:   November 5, 2020

| | |
|---|---|
| WHITE AND WILLIAMS LLP <br> Attorneys for Defendant, <br> State Farm Bank, F.S.B. | MARCUS ZELMAN LLC <br> Attorneys for Plaintiff, <br> Esther Censor |
| BY: _____ <br>        ROBERT T. PINDULIC, ESQ. | BY: _Ari Hillel Marcus_____ <br>         ARI HILLEL MARCUS, ESQ. |

SO ORDERED: _____
                             HON. FREDA L. WOLFSON, U.S.D.J.

25245594v.1