**WHITE AND WILLIAMS LLP**
The Legal Center, One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
*Attorneys for Defendant, State Farm Bank, F.S.B.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ESTHER CENSOR,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM BANK, F.S.B.,<br><br>Defendant. | Civil Action No. 3:20-cv-01169-FLW-LHG<br><br>**STIPULATION AND ORDER**<br>**OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that the above action is hereby discontinued in its entirety <u>with prejudice</u> and without payment of costs or attorneys' fees by any party as against each other.

DATED:   November 5, 2020

| | |
|---|---|
| WHITE AND WILLIAMS LLP<br>Attorneys for Defendant,<br>State Farm Bank, F.S.B.<br><br>BY: _____<br>       ROBERT T. PINDULIC, ESQ. | MARCUS ZELMAN LLC<br>Attorneys for Plaintiff,<br>Esther Censor<br><br>BY: __Ari Hillel Marcus_____<br>       ARI HILLEL MARCUS, ESQ. |

SO ORDERED:  /s/ Freda L. Wolfson     11/6/2020
                          HON. FREDA L. WOLFSON, U.S.D.J.

25245594v.1